No. 586, Misc. GRANGER v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *Wallace E. Allbritton*, Assistant Attorney General, for respondent.

No. 568, Misc. RAMSEUR v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. *Charles Morgan, Jr.*, for petitioner. *Solicitor General Marshall* for respondent.

No. 608, Misc. VINCENT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 624, Misc. PAYTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Monroe Goldwater, Grace L. Brodsky* and *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 639, Misc. BROWN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se*. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Jack K. Weber*, Deputy Attorney General, for respondent.

No. 650, Misc. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 758, Misc. RODGERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.